Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph: (630) 981-3888

In re:
ROBIN M CHESS

Case No. 11-27229
Account No.  6060

CONSUMERS COOPERATIVE CU
1075 TRI-STATE PKWY #850
GURNEE, IL  60031

ROBIN M CHESS
5705 FOXGATE LN
HINSDALE, IL  60521-4978

COHEN & KROL
105 W MADISON #1100
CHICAGO, IL  60602

## NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER RULE 3002.1(f)

Please take notice that the Notice of Cure under Rule 3002.1(f) was sent in error on December 30, 2016.

/S/  Ryan Faye
_____

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650, Lisle, IL on December 30, 2016.

/S/  Ryan Faye
_____

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888